No. 702. PHILLIPS ET AL., TRUSTEES, *v.* BAKER ET AL., A PARTNERSHIP. November 24, 1941. Petition for writ

of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Theodore H. Lassagne* and *James M. Naylor* for petitioners. *Mr. Percy S. Webster* for respondents.